UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENMONTE RAYMONE GAITHER, #227693, )
    Petitioner, )
) No. 1:09-cv-181
-v- )
) HONORABLE PAUL L. MALONEY
MARY BERGHUIS, )
    Respondent. )
)

## JUDGMENT

Having denied Gaither's petition for writ of habeas corpus, as required by Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  March 11, 2013    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge