UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GENMONTE RAYMONE GAITHER, #227693,<br>　　　　Petitioner,<br><br>-v-<br><br>MARY BERGHUIS,<br>　　　　Respondent. | No. 1:09-cv-181<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having denied Gaither's petition for writ of habeas corpus, as required by Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:　March 11, 2013　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge